# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELAIDO PINEDO,<br><br>          Petitioner,<br><br>v.<br><br>CAL A. TERHUNE,<br><br>          Respondent. | No. CV-F- 02-5572-REC-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 22)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

      On April 29, 2002, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. (Doc. 1).

      On March 7, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending the petition for writ of habeas corpus be DISMISSED because the petition did not state grounds that would entitle Petitioner to relief under 28 U.S.C. § 2254. (Doc. 22). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within ten days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

1

a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed March 7, 2005, (Court Doc. 22) is ADOPTED IN FULL;
2. This petition for writ of habeas corpus is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT.

IT IS SO ORDERED.

Dated:  May 5, 2005                             /s/ Robert E. Coyle
668554                                          UNITED STATES DISTRICT JUDGE

2